United States District Court

District of Connecticut

Andrew  El-Massri
- Plaintiff

Case No.

v.

Verified Complaint
for damages and
injunctive relief

New Haven Correctional Center
Deputy Warden Marmora
Lieutenant Cacioli
Lieutenant Lewis
Lieutenant Williams
officer Hebert
officer McGivney
Nurse Goode

July 25th 2018

SCANNED at
and Emailed
7/26/18 by G.L. 53 pages
date         initials    No.

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim.   There are two possibilities.   Check one.

I can bring my complaint in federal court because I am suing:

1. _____✓_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages.   Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Andrew Omar El-Masri
   b. Inmate Number: 290729
   c. Correctional facility: Hartford Correctional Center

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than one person, attach additional pages.   Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: New Haven Corrections et. al.

*Revised 4/13/18*

2

    b.    Rank or Title:

    c.    Workplace:

2.  Second Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

3.  Third Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

4.  Fourth Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

5.  Fifth Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

6.  Sixth Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

## D. REASON FOR COMPLAINT

**WARNING:   Contact Inmate Legal Aid Program.   Common mistakes can get your**
*Revised 4/13/18*

**case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every
*Revised 4/13/18*

**4**

violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case
1.


2.


3.


*Revised 4/13/18*

**5**

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

## E.    REQUEST FOR RELIEF

Tell the court what kind of relief you want.  **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits.   For any of these, you must request a Writ of Habeas Corpus.

*Revised 4/13/18*

F.    **DO YOU WISH TO HAVE A JURY TRIAL?   YES** _✓_ **NO** _____

G.    **DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.   See 18 U.S.C. Sections 1621, 3571.

Signature: _Andew Gilbase_

Signed at _____ HArtford . C I _____ on July, 23, 2018 _____
             (Location)                          (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.   **The complaint cannot be filed without a signature from each plaintiff**.

H.    **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

    1.    Answer all questions on the complaint form.

    2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 4/13/18*

## Introduction

This is a civil rights Action filed by Andrew El-Massri A state Prisoner for monetary damages, declatory and injunctive relief under 42 U.S.C §1983 alleging Excessive force, Deliberate indifference to his medical needs, Cruel conditions of confinement, Failure to supervise/train, and Falsly reporting an incident by the defendants.

## Jurisdiction

① This court has Jurisdiction over the Plaintiffs matters Under 42 U.S.C §1331(1) and 3 1343

## Parties

② Plaintiff Andrew El-Massri, located at 177 Weston St. Hartford Ct 06120 And is at All times relevant to this complaint.

③ Defendant Deputy Warden Stacey Marmora, located at New Haven correctional center (Here in after n.c.c) As such He/she is responsible for reviewing incidents reports, camera footage, supervising the employees And inmates housed At n.c.c As well

2 of 10

as the safety of the Prisoners housed there in
he\she is at All times relevant to this complaint
And was Acting within the scope of his\her
employment and also under color of state law
he\she is sued in both individual and official
capacities.

Official Capacities

④ Lieutenants Williams, Cacioli, Lewis are All supervisory officials And Are located at new haven correctional As such, they are responsible for supervising officers and Lieutenants As well as prisoners safety. They Are At All times relevant to this Action. They were Acting under Color of State law aswell As within the scope of their employment, they Are sued in both their Individual and Official capacities.

⑤ Defendants Hebert and mc Givney are officers at N.C.C As such, they Are responsible for the care and safety of Prisoners At All times they Are relevant to this complaint they were Acting under color of State law, aswell as Within the Scope of their employment They Are sued in both their individual and official capacities.

⑥ Defendants Goode/Teng/vare medical nurses at n.c.c At All times they Are relevant to this Action, They Are responsible for Providing medical care and treatment to Prisoners and are moreover responsible for their Safety they were Acting under color of state law as well us within the scope of their employment They Are sued in both Individual And official capacities.

# Statement of facts

⑦ While housed at New haven Correctional Center in charlie Unit at approximately 4:10 pm the Plaintiff was invoved in a physical Altercation with another inmate on November 26th 2015.

## Count I : Excessive Force

⑧ Subsequently A Code "Blue" was called by officer Streat to which defendants Cacioli, williams, Lewis williams, Hebert, mcgivney and Goode responded to:

⑨ defendants Cacioli, williams, And Lewis gave several Commands for the plaintiff to stop fighting to which he complied. However defendants Lewis and Cacioli Unreasonably deployed chemical agents directly into the plaintiffs face and eyes at close range. Please note that Prior to this Planned Use of force the defendants did not check for Any contra indications or Sign on to a Hand held camera as directives mandate.

⑩ After the Plaintiff was Sprayed, he was slammed onto his face by defendants, williams and Hebert. as a result the Plaintiff Sustained a Superficial laceration under his right eye. The Amount of

5 of 10

chemical Agent utilized on the Plaintiff was so exessive that defendant williams was Soon after Relieved due to being exposed to it. Only After this use of force did the Defendants sign onto the hand held camera.

Count II: cruel and Unusual conditions of confinement

⑪ Immedeatly After restraints Were Placed on the Plaintiff And he Asked to be decontaminated as protocol mandates, However Although the Plaintiff was escorted to center corridors shower he was not Allowed to Properly decontaminate or not Allowed A Full shower Although the inmate he was involved in this incident With was.

⑫ The Plaintiff Was escorted to Foxtrot Unit center #1 Where his restraints Were removed And he was strip searched with negative findings. At this time the Plaintiff requested to be decontaminated but was Unreasonably denied Further.

⑬ For three days and three nights the Plaintiff Was forced to burn in chemical agent. Each day and Night he Asked All officers and nurses he came into contact with to Allow him to decontaminate but he was Unreasonably denied. More over the Plaintiff did not recieve Any treatment for the laceration he sustained under his right eye.

Count III: Deliberate indifference to Serious medical needs.

6 of 10

(14) All defendants Knowingly, and Intentionally Subjected, And Allowed the Plaintiff to Continuously be Subjected to conditions of confinement to Which he was denied an ample opportunity to decontaminate. Defendant Goode (RN) Also did not give Any treatment to the Plaintiff. All defendants were Additionally Aware that the Plaintiff Still had chemical Agent on him and was not Properly decontaminated. At no Point in time did the defendants take Action to remedy the Wrong doing of the Plaintiff.

Count four: Failure to Supervise \ Train

(15) After reviewing this incident for accuracy and compliancy rather then reprimand the defendants captioned here in defendant Stacey marmora wrote in his\her report that he\she approved the conduct aswell As the Use of force that was utilized on the Plaintiff.

(16) The Post Supervision as well as training of the defendants led the Plaintiff to be Subject to the Above constitutional deprivations listed here in. As a direct result, the Plaintiff was injured Physically and Mental In Attempts to cover up thier wrong doing the defendants Falsified their reports in regards to this matter.

## Exhaustion of Administrative remedies

(17) The Plaintiff has exhausted All Available remedies with respect to all claims And defendants listed here in:

## Claims for Relief

(18) The Plaintiff herby Incorperates paragraphs 1 through herein;

(19) The Actions of Defendants Williams, Cacioli, lewis and Hebert in Utilizing excessive force on the Plaintiff even After he stopped resisting constituted excessive force And Violated the Plaintiffs 8th Amendment right to the U.S. constitution to be free from cruel and unusual punishment:

(20) The Actions of defendants marnbra in failing to properly train and supervise All defendants As well as failing to properly investigate this matter constituted a violation of the Plaintiffs 8th Amendment rights.

(21) The Actions of defendant Goode and all other defendants in failing to Provide the Plaintiff the Proper decontamination treatment they Were All Aware he needed constituted deliberate Indifference to the Plaintiffs Serious

8 of 10

medical needs And violated his 8th Amendment rights.

(22) The Actions of the defendants in housing the Plaintiff in such conditions violated his 8th Amendment rights to be free from cruel and unusual conditions of confinement. The falsification of reports by all defendants also violated the constitution.

## Prayer for Relief

Wherefore, the Plaintiff requests that the court grant the following relief;

(A) Issue a declatory Judgement stating that the plaintiffs constitutional rights;

    (1) All defendants have violated the Plaintiffs constitutional rights stated herein.

(B) Issue an Injunction ordering the defendants to take the Plaintiff to an eye doctor for treatment.

Ⓒ Award compensatory damage in the following Amounts:

1. $300,000 jointly and severally Against All defendants For the Plaintiff Physical and emotional injuries, As well as his Mental Anguish Sustained.

2. Award Punitive damages in the following Amounts $20,000 against all defendants.

Respectfully Submitted
Andrew El Massri
177 Weston st.
Hartford ct 06120

Certification

I hereby certify that a copy of this forgoing has been sent this 25th day of July 2018 to:

United States District court
450 main st
Hartford CT 06120

Submitted by
Plaintiff Pro'se
El Massri

10 of 10

# Medical Incident Report
## Connecticut Department of Correction

CN 6602
REV 7/20/15

| Facility/Unit: NHCC | Report date: 11/21/2015 | Time: 4:10 | ☐ am ☑ pm |
|---|---|---|---|

Name of patient: ELMASSRI, ANDREW

Inmate number (if applicable): 290729

Medical staff name: ██ GOODE, RN

Incident report submitted: ☒ yes ☐ no    Report number: NHCC-2015-11-055    Date: 11/26/15

Treatment location: CHARLIE CENTER CORRIDOR

**Injury description:** 1 cm superficial laceration distal to left eye; no other injuries noted/reported.

**Assessment:** Alert and oriented x 4; denies acute distress, homicidal/suicidal ideations, auditory or visual hallucinations, or any other medical complaints not within normal limits of direct exposure to OC Agent; bilateral wrist (cuff) checks normal and within normal limits; positive range of motion and circulation/sensation noted distal to handcuff placement.

**Treatment administered:** Observed satisfactory I/M OC Agent decontamination in shower prior to placement in RHU; no other treatment required at this time.

**Required follow-up:** None at this time; I/M aware of proper procedures to access medical and mental health services.

**Observations/remarks:** I/M placed in RHU without further medical incident.

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).
Known contraindications based on review of health record?   ☐ yes   ☐ no

**Placement after treatment:**
☐ Inmate is cleared for General Population Placement    ☑ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement    ☐ Other (specify):

| Patient signature: I/M unable to sign | Date: 11/26/2015 |
|---|---|
| Medical staff signature: ██ | Date: 11/26/2015 |
| Custody supervisor signature: | Date: 11/26/2015 |

# Supervisor Video Recording Review
## Connecticut Department of Correction

CN 6902
REV 8/15/14

| Facility/Unit: **New Haven Correctional Center** | Date: **11-26-15** |
|---|---|

**Event recorded: RHU Placement**

| Unit Tracking Number: **NHCC-VID-15-629A** | Incident Report Number: **NHCC-2015-11-055** |
|---|---|

Media type:  ☐ Videotape  ☐ Compact Disc  ☒ DVD  ☐ Other

| Inmate name(s): | Inmate number(s): |
|---|---|
| **Elmassri, Andrew** | **290729** |
| | |
| | |
| | |

Comments:

### Before Action Procedures

| | | |
|---|---|---|
| Sign-on procedure: | ☒ Yes  ☐ No | Camera Operator: **C/O A. Mazzonna** |
| Supervisor's prelude: | ☒ Yes  ☐ No | Supervisor: **LT. Lewis** |
| Cell extraction team introduction: | ☐ Yes  ☒ No | |

### Quality of Video Coverage

| | |
|---|---|
| Is event in focus? | ☒ Yes  ☐ No |

Obstructions or breaks in video coverage (explain): Yes

Camera #1 was low on memory and had to be exchanged with another camera.

### After Action Procedures

| | |
|---|---|
| Supervisor's epilogue: | ☒ Yes  ☐ No |
| Sign-off procedure: | ☒ Yes  ☐ No |
| Video labeling: | ☒ Yes  ☐ No |
| Chain of custody completed? | ☒ Yes  ☐ No |

All deficiencies shall be documented in the summary portion of the incident report package, to include resolution and recommendations.

Additional Comments:

| Reviewed by: ▬▬Cacioli | Title: **Lieutenant** | Date: **11/26/15** |
|---|---|---|

# Incident Report – Page 1
## Connecticut Department of Correction

CN 6601/1
REV 7/20/15

☒ Facility/Unit: New Haven Correctional Center  ☐ Parole Office/Unit: N/A

| Date: 11/26/2015 | Time: 4:10  Am ⊙pm | Report Number: NHCC-2015-11-055 |
|---|---|---|

Incident Class: ☐ 1  ☒ 2  ☐ 3   Type: E   Incident Location: Charlie center dayroom

Prepared By: Streat, ▓▓▓▓   Title: Correction Officer

| Inmate Name (Last & First) | ID Number | Race | Housing | Status | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| Casanova-Adorno, ▓▓ | 406405 | H | C-C-09 | S | Streat, ▓▓▓▓ | W | C/O | RPE |
| Elmassri, Andrew | 290729 | W | C-C-02 | S | Cacioli, ▓▓▓ | W | LT | RS |
|  |  |  |  |  | Lewis, ▓▓▓ | B | LT | RS |
|  |  |  |  |  | Williams, ▓▓▓ | B | LT | RS |
|  |  |  |  |  | Harris, ▓▓▓ | B | C/O | RSE |
|  |  |  |  |  | Hebert, ▓▓▓ | W | C/O | RSE |
|  |  |  |  |  | Corley, ▓▓▓ | B | C/O | RSE |
|  |  |  |  |  | McGivney, ▓▓▓ | W | C/O | RSE |
|  |  |  |  |  | Marrone, ▓▓▓ | W | C/O | RSE |
|  |  |  |  |  | Patterson, ▓▓▓ | B | C/O | RSE |
|  |  |  |  |  | Goode, ▓▓▓ | W | RN | RSE |
|  |  |  |  |  | Teng, ▓▓▓ | A | RN | RSE |

### Status and Race Codes

V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)
A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

Narrative:
On November 26, 2015, at approximately 4:10 pm, I, Officer Streat was in the Charlie unit officer's bubble, when this officer witnessed inmate Elmassri, Andrew #290729 and inmate Casanova-Adorno, ▓▓▓▓ #406405, in a physical altercation in the center dayroom during the units chow time. This officer witnessed inmate Elmassri close fist strike inmate Casanova-Adorno multiple times, and both inmates pushing each other. This officer called a code ▓▓▓ and responding staff responded to the unit. Chemical agent was deployed, and both inmates were separated, and escorted out of the unit.

Reporting Employee Signature: ▓▓▓Streat▓   Title: Correction Officer

| Report Date: 11/26/2015 | Report Time: 5:00   am   ☒ pm | Type: ☒ Individual  ☐ Summary |
|---|---|---|

## FOLLOW-UP

Property damage: ☐ yes ☒ no - Description: N/A   Value $: N/A

Contraband recovered: ☐ yes ☒ no - Description: N/A

Physical force used: ☒ yes ☐ no   Chemical agents used: ☒ yes ☐ no   Restraints used: ☒ yes ☐ no

Assigned to:
☒ Administrative Detention   ☐ Medical   ☐ Staggered Observation
☐ Protective Custody   ☐ Outside hospital: _____
☐ Other: _____

# Incident Report – Page 2
## Connecticut Department of Correction

CN 6601/2
REV 7/20/15

## NOTIFICATIONS

| | Date: | Time: | |
|---|---|---|---|
| Duty Officer: Deputy Warden ███ Marmora | 11/26/2015 | 5:50 | ☐ am ☒ pm |
| Unit Administrator: | | | ☐ am ☐ pm |
| District Administrator: | | | ☐ am ☐ pm |
| Deputy Commissioner: | | | ☐ am ☐ pm |
| Commissioner: | | | ☐ am ☐ pm |
| Central Office: | | | ☐ am ☐ pm |
| Outside Agency: | | | ☐ am ☐ pm |
| Police/Fire: | | | ☐ am ☐ pm |
| Public Information Officer: | | | ☐ am ☐ pm |
| CISRP Coordinator: | | | ☐ am ☐ pm |

## CRIMINAL PROSECUTION

If a staff member was assaulted during the incident, is criminal prosecution requested?   ☐ YES   ☐ NO

Connecticut State Police investigation number:   N/A

## REVIEWS

Supervisor: On 11-26-15 C/O ███ Street withessed Im's Cassanova-Alerno #40610s and El Massri, Andrew #290529 exchanging closed fist strikes to one another in her unit dayroom Charlie Center. C/O Street called a code via radio, responding staff arrived and both combatants would not separate upon verbal command. Chemical agent was deployed and both combatants then seperated and were secured in wrist restraints. They were treated for injuries, evaluated for RHU placement and cleared by medical staff. Both combatants were decontaminated prior to RHU placement. Both combatants along with several other Im's were interviewed and it was determined that the fight ensued because this spanish Im's were they had damaged the other in regards to show who first. And, El Massri would have to wait until the guild changed out command. Im El Massri minor injuries from the fight. Minimal force was used by deploying chemical agents. No staff injuries were reported.

Signature: ███ WILLIAMS   Title: LIEUTENANT   Date: 11-28-15

Deputy Warden: Charlie Center Dayroom. Im's Casanova-Adorno vs El Massri. Exchanging punches, Code. Do not comply w/ staff direction to stop fighting. Chemical agent used. Both Im's decontaminated to RHU. Pending existing DR's. Minor injury to El Massri. No staff injuries. Casanova-Adorno said El Massri spread fliers so he defended himself. El Massri stated verbally that Hispanic Im's in the corridor run the corridor. Intel follow-up with Im's wanted to shower first; El Massri then made challenge + fight ensued. No apparent SRG issues. Adm. Review done force used was approved + appropriate.

Signature: ███   Title: DW   Date: 12/2/15

Unit Administrator: An administrative review was conducted and results no concern with the use of force. A copy of the review along with this packet.

Signature: ███   Title: Warden   Date: 12-8-15

Central Office: This screened informed to the district office.

Signature:   Title:   Date:



# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/...
REV 7/20/15

| Report Number: NHCC-2015-11-055 | Page 3 of 11 |
|---|---|

| ☒ Facility/Unit: NHCC | ☐ Parole Office/Unit: N/A |
|---|---|

| Date: 11/26/2015 | Time: 4:10  ☐ am ☒ pm | Incident Class: ☐ 1 ☒ 2 ☐ 3   Type: E |
|---|---|---|

Incident Location: Charlie Unit Center Dayroom

| Prepared By: ▉▉ Cacioli | Title:  Lieutenant |
|---|---|

## Narrative:

At 4:10pm on 11/26/2015 Officer ▉▉ Street was inside the Charlie unit officer bubble, when she witnessed inmates Casanova-Adorno, ▉▉ #406405 and Elmassri, Andrew #290729 exchanging closed fist strikes and pushing each other in the Charlie unit Center Dayroom. She called a Code ▉▉ over her hand held radio.

I, Lieutenant ▉▉ Cacioli, responded with Lieutenant ▉▉ Williams and ▉▉ Lewis. All three responding supervisors gave multiple loud concise verbal commands to stop fighting. Neither inmate followed the commands. Lieutenant Lewis deployed chemical agent (▉▉ ▉▉ through the dayroom trap which did not cause the inmates to cease their combative actions. As the dayroom sliding door opened, all three supervisors continued to give loud concise verbal commands to stop fighting. Again, neither inmate complied. Both myself and Lieutenant Lewis deployed chemical agent to the facial areas of the inmates, which caused them to stop fighting. Both inmates were directed to the lay down on the dayroom floor. I applied handcuffs on inmate Casanova-Adorno. Officer ▉▉ Harris assisted inmate Casanova-Adorno to his feet and I directed him out of the dayroom to the unit entrance. Officer ▉▉ Patterson signed on the hand held video camera. Officer ▉▉ Corley took an escort position on the inmate's right hand side, with Officer Harris on the left. RN ▉▉ Teng completed a medical and mental health evaluation, noting no injuries. He was cleared for placement in the restrictive housing unit. He was escorted to the Foxtrot unit Center corridor, where he was placed in the unit shower for decontamination from chemical agent exposure. After he was decontaminated he was escorted to Foxtrot Center #6. Officer Harris removed the handcuffs and conducted a routine strip search, with negative findings. Inmate Casanova-Adorno was issued clean undergarments and a red jumpsuit and secured without further incident.

Lieutenant Williams, with the assistance of Officer ▉▉ Hebert, applied handcuffs on inmate Elmassri. Officer ▉▉ Mazzona signed on to the hand held video camera. Lieutenant Williams directed Officer Hebert and ▉▉ McGivney to escort inmate Elmassri out of the dayroom to the center corridor. He was relieved by Lieutenant Lewis, due to chemical agent exposure. Lieutenant Lewis directed staff to escort inmate Elmassri to the center corridor shower where he was decontaminated from chemical agent exposure. After he was decontaminated, RN ▉▉ Goode completed a medical and mental health evaluation, noting a superficial laceration under inmates Emassri's right eye. He was cleared for placement in the restrictive housing unit. Officer Hebert (left side) and Officer McGivney (right held side) escorted inmate Elmassri to Foxtrot unit Center #1. Officer Hebert removed the handcuffs and conducted a routine strip search, with negative findings. Inmate Elmassri was issued clean undergarments and a red jumpsuit and secured without further incident. I cleared the code at approximately 4:26pm.

Both inmates were provided with inmate statement forms. Both inmates wrote that the other inmate threw the first punch. Inmate Elmassri verbally communicated to Lieutenant Lewis that he feels the Spanish inmates run the corridor and that Casanova told him he would have to wait to use the shower. Both inmates signed waiver of outside charges forms. A Separation Profile Entry was completed and submitted to Counselor Supervisor ▉▉ Roach.

5 of the inmates in the dayroom during the incident were provided with inmate statement forms: ▉▉▉▉▉▉ ▉▉▉▉▉▉ and ▉▉▉▉▉▉ claimed they did not know or see anything. ▉▉▉▉▉▉ claims the fight was over the shower.

Lieutenant Lewis spoke with the inmates in the dayroom during the incident and all declined medical attention due to exposure to chemical agent. The dayroom and corridor were cleaned by the unit detail workers.

Officer Harris inventoried and packed the property for both inmates and completed property matrix forms.

Control Center Officer ▉▉ Sweat submitted a 7300 Informational Log.

The video evidence (NHCCVID-15-629 A & B) was logged and dropped into the video storage box.

No staff injuries reported with this incident.

Note: That this is the second Code ▉▉ in Charlie unit Center Dayroom in 24 hours ▉▉▉▉▉▉

Duty Officer Deputy Warden Stacey Marmora was notified and apprised of the situation at approximately 5:50pm.

| Reporting Employee Signature: ▉▉ Cacioli | Title: Lieutenant |
|---|---|

| Report Date:  11/26/2015 | Report Time: 10:00  ☐ am ☒ pm | Type: ☐ Individual ☒ Summary |
|---|---|---|



# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: **NHCC-2015-11-055** | Page **4** of **11** |
|---|---|

☒ Facility/Unit: **New Haven Correctional Center**      ☐ Parole Office/Unit:

| Date: **11/26/15** | Time: **4:10**  ☐ am ☒ pm | Incident Class: ☐ 1 ☒ 2 ☐ 3   Type: **E** |
|---|---|---|

Incident Location: **Charlie Center Dayroom**

| Prepared By: ▓▓▓ **Williams** | Title: **Lieutenant** |
|---|---|

**Narrative:**

On 11/26/15 at approximately 4:10pm a Code ▓▓ was called in Charlie Center Dayroom by C/O ▓▓▓ Streat. This Lieutenant responded with staff, upon arrival this Lieutenant observed I/M's Elmassri, Andrew #290729 and Casanova-Adorno, ▓▓▓ #406405 exchanging closed fist strikes to the upper torso of each other. This Lieutenant gave several verbal commands to stop fighting and to separate while awaiting the doors to open to enter Charlie Center Dayroom. Both I/M's ignored all verbal commands and continued to fight. When the Charlie Dayroom door opened this Lieutenant entered and Chemical Agent was deployed on I/M's Elmassri and Casanova by Lieutenants ▓▓▓ Cacioli and ▓▓▓ Lewis at which time I/M's Elassri and Casanova separated. This Lieutenant gave I/M Elmassri verbal direction to lay on the ground in which he complied. This Lieutenant then placed wrist restraints on I/M Elmassri's left wrist and C/O ▓▓▓ Hebert placed his right wrist in the wrist restraints the secured his left side as this Lieutenant secured his right side. This Lieutenant and C/O Hebert then assisted I/M Elmassri onto his feet and secured him to the wall. C/O ▓▓▓ McGivney then secured I/M Elmassri's right side. Under my direction C/O ▓▓▓ Mazzonna logged on and operated the video camera (tracking #NHCC-VID-15-629A) I/M Elmassri was then escorted out of the affected area and secured against the wall in Charlie Center Corridor. Lieutenant Lewis then relieved this Lieutenant due to chemical agent exposure and assumed supervision of I/M Elmassri.

Minimal force was witnessed by this Lieutenant of I/M's Casanova and Elmassri being sprayed by chemical agent. No staff injuries were reported in this incident.

| Reporting Employee Signature: ▓▓▓ **Williams** | Title: **Lieutenant** |
|---|---|
| Report Date: **11/26/15** | Report Time: **4:10**  ☐ am ☒ pm | Type: ☒ Individual ☐ Summary |



# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: NHCC-2015-11-055 | Page ☐ 5 | of ☐ 1 |
|---|---|---|

| ☒ Facility/Unit: New Haven Correctional Center | ☐ Parole Office/Unit: N/A |
|---|---|

| Date: 11/26/2015 | Time: 4:10 ☐ am ☒ pm | Incident Class: ☐ 1 ☒ 2 ☐ 3   Type: E |
|---|---|---|

Incident Location: Charlie Center Dayroom

| Prepared By: ▓▓▓▓ Lewis | Title:   Lieutenant |
|---|---|

**Narrative:**

On November 26, 2015, at approximately 4:10p.m., this writer (Lieutenant ▓▓▓▓ Lewis) responded to a Code ▓▓▓ called in Charlie Unit center dayroom by Officer▓▓▓▓Streat. Upon my arrival, inmates **Casanova-Adorno,**▓▓▓▓**#406405** and **Elmassri, Andrew #290729** were actively engaged in a physical altercation both throwing closed fist punches. At this time this writer, Lieutenants ▓▓▓ Cacioli and ▓▓▓Williams issued loud clear and concise verbal directions for both inmates Elmassri and Casanova-Adorno to stop fighting. Both inmates Elmassri and Casanova-Adorno continued their combative actions. This writer deployed chemical agent ▓▓▓▓▓▓▓through the dayroom trap to their facial areas, but did not stop either inmate's actions. This writer, Lieutenants Cacioli and Williams entered the dayroom and Lieutenant Cacioli and this writer deployed chemical agent again. At this time the chemical agent achieved its desired affect, and both inmates Elmassri and Casanova-Adorno ceased their combative actions.

Both inmates Elmassri and Casanova-Adorno were directed to lay on the floor and place their hands behind their backs which they complied. Lieutenant Cacioli placed wrist restraints on inmate Casanova-Adorno and Lieutenant Williams and Officer Christopher Hebert placed wrist restraints on inmate Elmassri and Officer Hebert assumed control of his left side. Officer ▓▓▓▓ Harris assisted Casanova-Adorno to his feet, and escorted him out of the affected area. Officer ▓▓▓▓McGivney entered the dayroom and secured inmate Elmassri's right side. Lieutenant Williams directed Officer ▓▓▓▓Mazzonna to sign on the hand held camera, and Officers Hebert and McGivney to escort inmate Elmassri out of the affected area to the center corridor. At this time due to chemical agent exposure, this writer relieved Lieutenant Williams for the remainder of the incident.

Inmate Elmassri was decontaminated in the center corridor shower in Charlie Unit. Once the decontamination process was completed, inmate Elmassri was evaluated by RN ▓▓▓▓ Goode and cleared for Restrictive Housing (RHU) placement. Inmate Elmassri was escorted from Charlie Unit to RHU and into FC-01. Officer Hebert removed the wrist restraints, and conducted a routine RHU strip search, which resulted in zero findings. Inmate Elmassri's decontaminated tee shirt was discarded. This writer directed Officers Hebert and McGivney to exit the cell. Inmate Elmassri was secured in FC-01 without further incident.

This writer interviewed inmate Elmassri during the escort. When asked what the fight was over, inmate Elmassri said that the Spanish inmates feel like they run that particular corridor, and that inmate Casanova-Adorno told him he had to wait for the shower. Then they both stood up and began to fight. This appears to be an isolated incident, but it should be noted that this was the second fight in Charlie Unit within the last 24 hours. Also both fights ▓▓▓▓▓▓▓▓▓ took place in the center dayroom.

The Charlie Unit center dayroom and corridor was decontaminated, and this writer asked all inmates assigned to the center corridor if they needed medical attention due to chemical agent exposure. The entire corridor stated that they were fine, and didn't need medical attention.

No staff injuries to report. No inmate injuries to report.

| Reporting Employee Signature: ▓▓▓▓Lewis | | Title:  Lieutenant |
|---|---|---|
| Report Date:  11/26/2015 | Report Time: 8:30 ☐ am ☒ pm | Type: ☒ Individual ☐ Summary |

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

Report number: NHCC-2015-11-o55 | Page 6 of 11

☒ Facility/Unit: NHCC    ☐ Parole Office/Unit: N/A

Date : 11/26/15 | Time: 4:10 ☐am ☒ pm | Incident class: ☐ 1 ☒ 2 ☐ 3   Type: E

Incident location: Charlie Unit Center Dayroom

Prepared by: Hebert, ▮▮▮ | Title:   Correction Officer

**Narrative:**

On November 26, 2015 at approximately 4:10 PM I officer Hebert responded to a Code ▮▮▮ in Charlie Unit center dayroom.  Upon arrival to the unit this officer witnessed Inmate Elmassri, Andrew #290729 and Inmate Casanova-Adorno # 406405 involved in a physical altercation.  Staff gave verbal direction to separate which both inmates failed to comply and chemical agent was utilized.  This officer secured the left side of Inmate Elmassri and assisted staff with placing him in wrist restraints.  Under the direction of Lt. Lewis I/M Elmassri was escorted to the shower where he was decontaminated from chemical agent and assessed by medical staff.  After medical staff cleared I/M Elmassri for RHU placement he was escorted from Charlie unit to RHU where a routine RHU strip search was conducted which resulted in negative findings.  I/M Elmassri was secured in Foxtrot center 1 cell without further incident.  *END OF REPORT*

Reporting employee signature: ▮▮▮ | Title:  Correction Officer

Report date:   11/26/15 | Report time: 5:00 ☐am ☒pm | Type: ☒ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

Report Number: NHCC-2015-11-055    Page: 7 of 11

☐ Facility/Unit: NHCC     ☐ Parole Office/Unit: N/A

Date: 11/26/15   Time: 4:10 ☐ am ☑ pm   Incident Class: ☐ 1 ☒ 2 ☐ 3   Type: E

Incident Location: Charlie Unit Center Dayroom

Prepared By: ▮▮▮ Corley    Title: C/O

**Narrative:**

Code ▮▮ called by main control staff requesting secondary staff to respond to Charlie Unit. This officer responded to Unit. Upon arrival LT Lewis directed this officer to assist with escorting inmate Casanova Adorno #406405 out of the Unit to the segregation unit ▮▮. Inmate Casanova Adorno was escorted out of Charlie Unit with a wrist-elbow escort on his right side. Once in the Unit (Foxtrot) inmate Casanova was decontaminated in the shower Area and escorted to ▮▮ without further incident. The End

Reporting Employee Signature: ▮▮▮ Corley    Title: C/O

Report Date: 11/26/15   Report Time: 4:35 ☐ am ☑ pm   Type: ☑ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: NHCC-2015-11-055 | Page 8 of 11 |
|---|---|

☒ Facility/Unit: NHCCC  ☐ Parole Office/Unit: N/A

Date: 11/26/15   Time: 4:10 ☐ am ☒ pm   Incident Class: ☐ 1 ☒ 2 ☐ 3   Type: E

Incident Location: Charlie Unit Center Dayroom

Prepared By: ▓▓▓ Patterson   Title: Correctional Officer

**Narrative:**

On Nov 26, 2015 I C/O M Patterson responded to a Code ▓▓ called in charlie Unit center dayroom involving inmates Elmassri, Andrew #290129 and inmate Casanova, Nelson #406405. I video recorded inmate Casanova being escorted from charlie Unit to restrictive housing. Inmate Casanova was escorted to restrictive housing and placed in the center shower room for decontamination due to chemical agent being used to stop both inmates involved in the altercation. Upon completion of decontamination in the shower, Inmate Casanova was escorted to fox center ▓▓ cell Strip searched with zero findings and secured in cell without further incident. I have reviewed the footage contained in this video and this is a true and accurate depiction of the incident I recorded end of report

Reporting Employee Signature: ▓▓▓ Patterson   Title: C/O

Report Date: 11/26/15   Report Time: 4:50 ☐ am ☒ pm   Type: ☒ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: NHCC-2015-11-055 | Page 9 of 11 |
|---|---|

☒ Facility/Unit: NHCC     ☐ Parole Office/Unit: N/A

Date: 11/26/15    Time: 410 ☐ am ☒ pm    Incident Class: ☐ 1 ☒ 2 ☐ 3    Type: E

Incident Location: Charlie Unit Center Dayroom

Prepared By: ██████ MAZZONNA     Title: C/O

Narrative: ON NOV. 26 2015 A 4:10pm A CODE-██ WAS
SIGNALED BY CHARLIE-UNIT OFFICER. THIS OFFICER RESPONDED
TO CHARLIE-CENTER DAYROOM AND WAS DIRECTED BY Lt.
WILLIAMS TO VIDEO-RECORD THIS INCIDENT. INMATE ELMASSRI,
ANDREW "290729" WAS SPRAYED BY CHEMICAL-AGENT AND
SECURED BY WRIST-RESTRAINTS. LT. LEWIS ASSISTED
IN DECONTAMINATION OF INMATE ELMASSRI IN CHARLIE
CENTER SHOWER. MEDICAL CLEARED INMATE ELMASSRI
FOR RHU PLACEMENT WHO WAS ~~TRANSPORTED~~ ᵒʳ ESCORTED TO FOXTROT
CENTER ██ CELL. INMATE ELMASSRI WAS STRIP-SEARCH
WITH NEGATIVE FINDINGS AND SECURED WITH-OUT INCIDENT.
"I HAVE REVIEWED THE FOOTAGE CONTAINED IN THIS VIDEO
AND THIS IS A TRUE AND ACCURATE DEPICTION OF THE
INCIDENT I RECORDED".

| Reporting Employee Signature: ██████ Mazz | Title: C/O |
|---|---|
| Report Date: 11/26/11   Report Time: 4:42 ☐ am ☒ pm | Type: ☒ Individual ☐ Summary |



# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: NWCC-2015-11-055 | Page 10 | of | 11 |

☒ Facility/Unit: NHCCC | ☐ Parole Office/Unit: Charlie unit N/A

Date: 11/26/15 | Time: 4:10 ☐ am ☒ pm | Incident Class: ☐ 1 ☒ 2 ☐ 3 Type: E

Incident Location: Charlie Unit Center Dayroom

Prepared By: Harris, ▓▓▓ | Title: Correction Officer

**Narrative:**

On Thursday November 26, 2015 at approximately 4:10 pm, I Officer Harris, second floor rover, responded to a Code ▇▇▇ in Charlie Unit center dayroom, as this Officer enter the dayroom, inmate Elmassri #290729 and inmate Casanova, Adomo-Nelson #406405 were fighting, commands and direction was given by supervisor (lieutenants), and then chemical agent was deployed, inmates separated and I directed inmate Casanova to lay on the floor and place his hands behind his back, he complied at which point Lieutenant Cacioli handcuffed him, the nurse came over and examine him and cleared him for Seg, and under the supervision of lieutenant Cacioli and assisted staff, and while maintaining his left side, we escorted the inmate to RHU, he was placed in the shower for decontamination and then escorted ▇▇▇ This officer conducted a strip search without incident and exited the cell.....

Reporting Employee Signature ▇▇▇ | Title: Correction officer

Report Date: 11/26/15 | Report Time: 4:10 ☐ am ☒ pm | Type: ☒ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: NHCC-2015-11-055 | Page 11 of 11 |
|---|---|

Facility/Unit: NHCC    ☐ Parole Office/Unit: N/A

| Date: 11/26/15 | Time: 4:10   pm | Incident Class: ☐ 1 ☒ 2 ☐ 3   Type: E |
|---|---|---|

Incident Location: Charlie Unit Center Dayroom

| Prepared By: McGivney, ▓▓▓▓ | Title: Correction Officer |
|---|---|

Narrative:

   On November 26, 2015 at approximately 4:10 pm I, Officer McGivney responded to a Code ▓▓ in Charlie Unit center dayroom. I arrived on the scene to find staff intervening in an altercation between inmate Emassri, Andrew #290729 and inmate Casanova-Adorno, Nelson #406405. Staff gave verbal direction to separate and both inmates did not comply and chemical agent was utilized. This officer secured the right side of inmate Elmassri after he was placed in restraints by staff. I was then directed by Lt. Lewis to escort inmate Elmassri to the shower where he was decontaminated from chemical agent and assessed by medical staff. Medical staff then cleared inmate Elmassri for RHU placement and was escorted from Charlie Unit to RHU where a routine strip search was conducted which resulted in negative findings. Inmate Elmassri was secured in Foxtrot Center ▓▓▓▓ without further incident. *END OF REPORT*

| Reporting Employee Signature: X ▓▓▓▓ McG | Title Correction Officer |
|---|---|
| Report Date:11/26/2015 | Report Time: 1100   pm | Type: ☒ Individual ☐ Summary |



## Incident Summary Report (1, 2 and 3)
### Connecticut Department of Correction

CN 6604
REV 7/20/15

| ☒ Facility/Unit: NHCC | ☐ Parole Office/Unit: N/A |
|---|---|

| Date: 11/26/2015 | Time: 4:10 | ☐ am ☒ pm | Report number: NHCC-2015-11-055 |
|---|---|---|---|

| Incident class: ☐ 1 ☒ 2 ☐ 3 | Type: E | Incident location: Charlie Unit Center Dayroom |
|---|---|---|

Staff involved: Lt. ▓▓▓ Cacioli, Lt. ▓▓▓ Lewis, Lt. ▓▓▓ Williams, Officers ▓▓▓ Streat, ▓▓▓ Harris, ▓▓▓ Corley, ▓▓▓ Mazzonna, ▓▓▓ Patterson, ▓▓▓ McGivney, ▓▓▓ Hebert, RN ▓▓▓ Goode and RN

Inmate(s) involved, with inmate number(s): Casanova, Nelson #406405 and Elmassri, Andrew #406405

Synopsis:
- At 4:10pm inmates Casanova and Elmassri observed exchanging closed fist strikes during the PM feeding in the Charlie Unit Center Dayroom, unit officer calls a Code▓▓ via her hand held radio.
- Responding staff arrives and gives multiple direct verbal orders to stop fighting, which the inmates fail to comply with.
- Chemical agent is deployed, which fails to cease their combative actions.
- Chemical agent is deployed a second time which causes the inmates to stop fighting.
- Restraints area applied and the inmates are decontaminated, cleared by medical and secured in RHU.
- Both inmates declined to press outside charges.
- Both inmates issued class "A" disciplinary reports for fighting.
- Both inmates claim the other inmate threw the first punch.
- No staff injuries reported.
- Inmate Elmassri sustained a superficial laceration under his right eye, inmate Casanova had no injuries noted.

| Description of staff injuries:  None |
|---|

| Description of inmate injuries:  Elmassri superficial laceration under his right eye |
|---|

| Use of chemical agent : | ☒ Yes ☐ No | Use of force: | ☒ Yes ☐ No |
|---|---|---|---|
| Disciplinary report issued: | ☒ Yes ☐ No | Offense(s):   Class "A" Fighting (both inmates) | |
| Video/photo secured: | ☒ Yes ☐ No | | |

| Community alert system activated:  ☐ Yes ☒ No | Date/Time:  N/A |
|---|---|
| Description of contraband or weapon(s):   None | Date/Time:  N/A |

| CHAIN OF COMMAND CONTACTS | |
|---|---|
| Duty Officer:  Deputy Warden ▓ Marmora | Date/Time:  11/26/2015 5:50pm |
| Unit Administrator: | Date/Time: |
| District Administrator: | Date/Time: |
| Deputy Commissioner: | Date/Time: |
| Commissioner: | Date/Time: |

| OTHER NECESSARY CONTACTS | |
|---|---|
| Police/Fire: N/A | Date/Time: |
| PIO: N/A | Date/Time: |
| CISRT: N/A | Date/Time: |
| Staff signature:  ▓▓▓ Cacioli | Title:  Lieutenant | Date:  11/26/2015 |

NHCC-2015-11-055

HR006 Rev. 08/11
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER 290729 | DATE OF BIRTH 04/27/1984 |
| INMATE NAME (LAST, FIRST, INITIAL) Elmasri, Andrew | | |
| SEX Ⓜ F | RACE/ETHNIC B Ⓦ H O | FACILITY NHCC |

**HEALTH EVALUATION FOR RESTRICTIVE
HOUSING UNIT (RHU) PLACEMENT**

Custody Notification (date& time): _____ 11/26/15   4:30 pm _____

Start date & time of Segregation/RHU: 11/26/15   4:30 pm _____

☑ Inmate Evaluation
☑ Health Record Review

☑ No Contraindications for Placement (describe) _____
_____
_____
_____
_____

☐ Contraindications for Placement (describe) _____
_____
_____
_____
_____

☑ No Special Accommodations
☐ Special Accommodations (describe) _____
_____
_____
_____

Health Staff Signature, title, date and time:
_Marion Vande RN   MGashe   11/26/15   4:30 pm_
_____
_____

Received by CDOC Staff (Name) _C/O Williams_  _[signature]_ ___Date/Time   11-26-15   7:00 PM
                               Print              Signature

Copies of this form are given to the custody supervisor and placed in the medical record.

NHCC 2015-11-055



# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401/1
REV 6/7/13

| Facility/Unit: | NHCC |
|---|---|

| Inmate name:  Elmassri, Andrew | Inmate number:  290729 |
|---|---|

## SECTION 1 - STATUS
**Placement in Restrictive Housing Unit (check and date the appropriate description).**

| | | | |
|---|---|---|---|
| ☐ | Transfer Detention | Date: | |
| ☒ | Administrative Detention | Date: | 11/26/2015 |
| ☐ | Punitive Segregation | Date: | |
| ☐ | Administrative Segregation | Date: | |
| ☐ | Administrative Segregation Transition | Date: | |
| ☐ | Special Needs Management | Date: | |
| ☐ | Chronic Discipline | Date: | |

## SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because: Inmate Elmassri, Andrew #290729 is being placed in Restrictive Housing pending a class "A" disciplinary report for fighting.

| Supervisor signature:   Lieutenant Cacioli | Date:   11/26/2015 |
|---|---|
| Inmate given copy of this form:   Time:   6:30   ☐ am  ☒ pm | Date:   11/26/2015 |



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
Rev.3/15/14

| Facility/Unit: NHCCC | Report date: 11/26/2015 |
|---|---|
| Inmate name: **Elmassri, Andrew** | Inmate number: **290729** |

| Housing unit: C-C-2 | Location of incident: Charlie Center Dayroom | |
|---|---|---|
| Report number: | Incident date: 11/26/15 | Incident time: 4:10   ☐ am  ☒ pm |
| Offense: Fighting | | Offense class:  ☒ A  ☐ B  ☐ C |

Description of violation: On November 26, 2015, at approximately 4:10 pm, inmate Elmassri, Andrew #290729, was witnessed by this reporting officer fighting in the Charlie center dayroom. Inmate Elmassri was seen closed fist striking another inmate in the dayroom multiple times, and did not stop until chemical agent was deployed. As a result, a class "A" ticket is being issued to inmate Elmassri.

Witness(es):

Physical evidence:

| Reporting employee (print): Streat | Title: Correction Officer |
|---|---|
| Reporting employee (signature): | |

| Date: 11/26/2015 | Time: 5:10  ☐ am  ☒ pm | Employee requests copy:  ☒ yes  ☐ no |
|---|---|---|

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☑ Administrative Detention | Date: 11/26/15 | Time: 550  ☐ am  ☒ pm |
|---|---|---|
| ☐ Accused inmate interviewed | ☐ Informal disposition | |

Custody Supervisor / Unit Manager name (print): Gaciol;

Custody Supervisor / Unit Manager signature:

| Title: LT | Date: 11/26/15 | Time: 550  ☐ am  ☒ pm |
|---|---|---|

### INMATE NOTICE

| Delivered by (print): McGivney | Delivered by (signature): |
|---|---|
| Title: Correction Officer | Date: 11/26/15 | Time: 11:06  ☐ am  ☒ pm |

Incident Report Number: UNCC-2015-11-055

# Connecticut Department of Correction
# New Haven Community Correction Center
# Waiver of Criminal Charges

I, _Elmassri #290729_ do hereby decline to file criminal charges
    (Inmate)         (Number)
against _Casanova #406405_ as a result of an incident which
         (Inmate)      (Number)
occurred on __11/26/15__. I understand that I am signing this waiver
              (Date)
without duress, threat or promise. I also understand that, if in the future, I
decide to alter my decision and request criminal charges be filed, that I must
contact the appropriate authorities.

Inmate Signature: _____  Date: _11-26-15_

Staff Witness: _____Summers_____  Date: _11-26-15_

Shift Supervisor: _____  Date: _11-26-15_

# Inmate Property Inventory Form (Male)
## Connecticut Department of Correction

CN 61001
REV 6/28/10

Facility: NHCC   Unit: Foxtrot   Date: 11-26-15   Time:   ☐ am  ☐ pm

Inmate Name (print): Elmassri, Andrew   Inmate Number: 290729   Employee (print): Harris

Purpose of inventory:  ☐ Admission  ☒ Restrictive Housing  ☐ Transfer  ☐ Discharge  ☐ Other (specify):

**PROPERTY MATRIX/RUNNING INVENTORY (disposition codes):** C = contraband; D = donated; M = mailed; R = retained by inmate; S = stored; and V = visit.

| Qty | Item | Description | Disp | Qty | Item | Description | Disp | Qty | Item | Description | Disp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | baseball cap | | | | adapter | | | ✓ | address book | | |
| | bathrobe | | | | antenna | | | ✓ | * cassette tapes | | |
| | coat | | | ✓ | beard trimmer | Mobile Shave | | ✓ | * compact discs | | |
| | gym shorts | | | | book lamp | | | | combo lock | | |
| | pajamas | | | | calculator | | | | extension cord | | |
| | pants | | | ✗ | cassette player | | | | eyeglasses | | |
| | shirt | | | ✓ | cd player | | | | headband | | |
| 3 | socks | | | ✓ | clock | | | | kuffi | | |
| 1 | sweatpants | | | | coaxial cable | | | | photo album | | |
| 1 | sweatshirt | | | | converter box | | | | pillow | | |
| | thermals | | | ✓ | electric razor | trimmer | | ✓ | prayer rug | | |
| 4 | t-shirts | | | ✓ | fan | | | | tams | | |
| 4 | underpants | | | ✓ | head phones | | | | towel | | |
| | | | | ✓ | radio | | | | video games | | |
| | | | | ✓ | television | | | | washcloth | | |
| | | | | ✓ | video console | | | | yarmulke | | |
| | | | | 2 | mirror | | | 1 | hot pot | | |

* No more than 20 total – any combination of tape and/or cd

| Qty | Item | Description | Disp | Qty | Item | Description | Disp | Qty | Item | Description | Disp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | boots/shoes | | | | religious article | | | 6 | Commisary | | |
| ✓ | shower shoes | | | | watch | | | 8 | Paperwork | | |
| | slippers | | | | wedding ring | | | 6 | letters | | |
| ✓ | sneakers | | | | cosmetics | | | | | | |

I state that (1) no retained item of jewelry or religious artifact is valued at more than $50.00 and no retained wedding ring or set is valued at more than $200.00, (2) no retained item of clothing or footwear is valued at more than $100.00 and that (3) this inventory is correct and all property accounted for.

Inmate Signature: X _____   Staff Witness Signature: _____

PROPERTY MATRIX/RUNNING INVENTORY ADDITIONS OR DELETIONS - Items received through the mail, a visit, or issued after arrival shall be entered in this section.

| Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials | Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Distribution:** inmate, central property file, and inmate's property bag/box (as appropriate) – additional copies for Department purposes shall be provided as needed via photocopying

# Contraband/Physical Evidence Tag
## and Chain of Custody
### Connecticut Department of Correction

CN 6901
REV 8/15/14

| ☒ Facility/Unit: *NACC* | ☐ Parole Office: |
|---|---|

Unit Tracking Number: *NHCC VID-15-6298*    Incident Report Number: *NHCC-2015-11-055*

## Classification of Physical Evidence

- ☐ Weapon
- ☐ Drug/drug paraphernalia
- ☐ Alcohol (commercial or home made)
- ☐ Appliance (e.g., television, radio, stereo, recorder, mp3 player, etc.)
- ☐ Currency (money or other commodity of exchange)
- ☐ Clothing
- ☐ Cellular/Digital Device
- ☐ Miscellaneous property
- ☐ Other (describe)
- ☒ Written record, video tape, digital image, photograph or audio recording

## Evidence to be preserved for possible action as follows:

| ☐ Administrative | ☐ Criminal |
|---|---|

Brief description of item or substance and any identifying mark(s): *Video evidence of inmate CASanova Nelson #406405 who was involved in a code ▓ in Charlie Center dayroom with inmate Elmassri # Andrew #290729 being escorted from charlie to restrictive housing. Inmate was decontaminted in center shower due to chemical agent being used. Upon completion Inmate was escorted to fox center #06 cell stripsearched and secured without further incident end of report*

Location found/confiscated:

By (staff name): *PATTERSON* ▓▓▓ ▓    Date: *11/26/15*   Time: *5:00*   ☐AM ☒PM

From (inmate name): *CASANOVA, Nelson*    Inmate number: *406405*

### Chain of custody - physical evidence (signature required)

| Staff from: *Mr ▓ ▓▓ Patterson* | Date: *11/26/15* | Time: *5:00* | ☐AM ☒PM |
|---|---|---|---|
| Staff to: *LT Cacioli ▓* | Date: *11/26/15* | Time: *5:05* | ☐AM ☒PM |
| Reason: *Evidence* | Disposition: *review* | | |
| Staff from: *Cacioli ▓▓▓ ▓* | Date: *11/26/15* | Time: *5:05* | ☐AM ☒PM |
| Staff to: *Video Storage Box* | Date: *11/26/15* | Time: *10:15* | ☐AM ☒PM |
| Reason: | Disposition: | | |
| Staff from: | Date: | Time: | ☐AM ☐PM |
| Staff to: | Date: | Time: | ☐AM ☐PM |
| Reason: | Disposition: | | |
| Staff from: | Date: | Time: | ☐AM ☐PM |
| Staff to: | Date: | Time: | ☐AM ☐PM |
| Reason: | Disposition: | | |

# Contraband/Physical Evidence Tag
## and Chain of Custody
### Connecticut Department of Correction

CN 6901
REV 8/15/14

☒ Facility/Unit: NHCC

☐ Parole Office: N/A

Unit Tracking Number: NHCC VID-15-629A

Incident Report Number: NHCC-2015-11-055

### Classification of Physical Evidence

☐ Weapon        ☐ Drug/drug paraphernalia        ☐ Alcohol (commercial or home made)
☐ Appliance (e.g., television, radio, stereo, recorder, mp3 player, etc.)
☐ Currency (money or other commodity of exchange)
☐ Clothing        ☐ Cellular/Digital Device        ☐ Miscellaneous property
☐ Other (describe)
☒ Written record, video tape, digital image, photograph or audio recording

### Evidence to be preserved for possible action as follows:

☒ Administrative                    ☐ Criminal

Brief description of item or substance and any identifying mark(s): Inmate ELMASSRI, Andrew 290729 Code ▉ In Charlie Center Day-Room 11/26/15 AT 4:10 PM.

Location found/confiscated: Charlie unit

| By (staff name): ▉ Mazzonin | Date: 11/26/15 | Time: 4:00 ☐AM ☒PM |
|---|---|---|

| From (inmate name): ELMASSRI Andrew | Inmate number: 290729 |
|---|---|

### Chain of custody - physical evidence (signature required)

| Staff from: ▉ Mazzonne | Date: 11/26/15 | Time: 443 ☐AM ☒PM |
|---|---|---|
| Staff to: LT. Lewis CL | Date: 11/26/15 | Time: 444 ☐AM ☒PM |

| Reason: Evidence | Disposition: review |
|---|---|

| Staff from: Lt. Lewis | Date: 11/26/15 | Time: 444 ☐AM ☒PM |
|---|---|---|
| Staff to: Video storage box | Date: 11/26/15 | Time: 10:15 ☐AM ☒PM |

| Reason: | Disposition: |
|---|---|

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |

| Reason: | Disposition: |
|---|---|

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |

| Reason: | Disposition: |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 4/1/11

| Inmate name Elmassri, Andrew | Inmate number  290729 |
|---|---|
| Facility/Unit:  NHCCC | Housing unit:  C-C-02 |

Type:   ☒ Individual   ☐ Summary

| Report number:  NHCC-2015-11-055 | Report date 11/26/2015 |
|---|---|
| Prepared by:  Streat, ▆▆▆▆ | Title:   Correction Officer |
| Date of incident  11-26-2015 | Time of incident :  410     p.m. |

Location of incident:    Charlie Center Dayroom

Circumstances leading to use of force:
        This Officer witnessed inmate Elmassri, Andrew #290729 in a physical altercation with another inmate. Inmate Elmassri was directed multiple times to stop.

Type and extent of force used.  This officer witnessed chemical agent being deployed into the Charlie center dayroom.

**Complete (only when appropriate) by staff member if assaulted by inmate:**
Do you feel that the inmate should be considered for criminal prosecution?        ☐ Yes     ☒ No

Staff signature:  ▆▆▆▆ _Streat_

| Title:   Correction Officer | Date 11-26-2015 |
|---|---|

Investigating supervisor signature:  ▆▆▆ _Cacioli_

| Title:   LT | Date:  11-26-15 |
|---|---|

# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 4/1/11

| | |
|---|---|
| Inmate name:  Elmassri, Andrew | Inmate number: 290729 |
| Facility/Unit:  NHCC | Housing unit: Foxtrot center 7 |

Type:  ☒ Individual   ☐ Summary

| | |
|---|---|
| Report number:  NHCC-2015-11-955 | Report date:  11/26/15 |
| Prepared by:  Hebert, ██ | Title:  Correction Officer |
| Date of incident:  11/26/15 | Time of incident: 4:10  ☐ a.m.  ☒ p.m. |

Location of incident:   Charlie unit center dayroom

Circumstances leading to use of force:  On November 26, 2015 at approximately 4:10PM a Code ████ was announced due to inmates Elmassri, Andrew # 290729 and Casanova-Adorno, Nelson # 406405 being involved in a physical altercation in Charlie unit center dayroom.

Type and extent of force used (to include any armory items used):
   This officer secured the left side of Inmate Elmassri and assisted staff with placing him in wrist restraints. Under the direction of Lt. Lewis I/M Elmassri was escorted to the shower where he was decontaminated from chemical agent and assessed by medical staff.  After medical staff cleared I/M Elmassri for RHU placement he was escorted from Charlie unit to RHU where a routine RHU strip search was conducted which resulted in negative findings.  I/M Elmassri was secured in Foxtrot center 1 cell without further incident.

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?     ☐ Yes     ☐ No

Staff signature:

| | |
|---|---|
| Title:  Correction Officer | Date:  11/26/15 |
| Investigating supervisor signature  J. Cacioli | |
| Title:  Lieutenant | Date:  11/26/15 |



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 4/1/11

| Inmate name:  Elmassri, Andrew | Inmate number:  290729 |
|---|---|

| Facility/Unit:  NHCC | Housing unit: Foxtrot center 7 |
|---|---|

Type:   ☒ Individual   ☐ Summary

| Report number:  NHCC-2015-11-*055* | Report date:  11/26/15 |
|---|---|

| Prepared by: McGivney, ▇▇▇▇ | Title:  Correction Officer |
|---|---|

| Date of incident:  11/26/15 | Time of incident: 4:10  ☐ a.m.  ☒ p.m. |
|---|---|

Location of incident:  Charlie unit center dayroom

Circumstances leading to use of force:  On November 26, 2015 at approximately 4:10PM a Code ▇▇▇ was announced due to inmates Elmassri, Andrew # 290729 and Casanova-Adorno, Nelson # 406405 being involved in a physical altercation in Charlie unit center dayroom.

Type and extent of force used (to include any armory items used):
    This officer secured the right side of Inmate Elmassri who was already placed in restraints by staff.  Under the direction of Lt. Lewis I/M Elmassri was escorted to the shower where he was decontaminated from chemical agent and assessed by medical staff.  After medical staff cleared I/M Elmassri for RHU placement he was escorted from Charlie unit to RHU where a routine RHU strip search was conducted which resulted in negative findings.  I/M Elmassri was secured in Foxtrot center 1 cell without further incident.  No other force was used or witnessed by this officer at any time during the incident.

**Complete (only when appropriate) by staff member if assaulted by inmate:**
Do you feel that the inmate should be considered for criminal prosecution?   ☐ Yes   ☐ No

Staff signature:  _X̶ X̶. M̶c̶G̶i̶v̶n̶e̶y̶_

| Title:  Correction Officer | Date:  11/26/15 |
|---|---|

Investigating supervisor signature ▇▇▇ Cacioli

| Title:  Lieutenant | Date:  11/26/15 |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 4/1/11

| Inmate name:  **Elmassri, Andrew** | Inmate number:  **290729** |
|---|---|
| Facility/Unit:  **New Haven Correctional Center** | Housing unit:  **C-C-2** |

Type:  ☒ Individual   ☐ Summary

| Report number:  **NHCC-2015-11-055** | Report date:  **11/26/15** |
|---|---|
| Prepared by:  ▮▮▮Williams | Title:  **Lieutenant** |
| Date of incident: **11/26/15** | Time of incident: **4:10**  ☐ a.m.  ☒ p.m. |

Location of incident:
**Charlie Center Dayroom**

Circumstances leading to use of force:
Code ▮▮▮ in Charlie Center Dayroom, I/M's Elmassri, Andrew #406405 and Casanova-Adorno, Nelson #406405 were actively engaged in a physical altercation by exchanging closed fist strikes to the upper torso area with each other. Both I/M's refused to stop fighting and separate upon several verbal commands given to them.

Type and extent of force used (to include any armory items used):
This Lieutenant witnessed I/M's Casanova and Elmassri being sprayed in their facial area with chemical agent by Lieutenant's ▮▮▮ Lewis and J▮▮▮ Cacioli due to non-compliance of several verbal commands to stop fighting. Both I/M's separated after Chemical Agent was deployed. This Lieutenant with the assistance of C.O ▮▮▮▮▮ Hebert placed wrist restraints on I/M Elmassri. Lieutenant Cacioli placed wrist restraints on I/M Cassanova.

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?   ☐ Yes   ☒ No

Staff signature: ▮▮▮Williams

| Title:  **Lieutenant** | Date:  **11/26/15** |
|---|---|

Investigating supervisor signature: ▮▮. CACIOLI

| Title:  LT | Date:  11-26-15 |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 4/1/11

| Inmate name:  Elmassri, Andrew and Casanova-Adorno, Nelson | Inmate number:  290729 and 406406 |
|---|---|

| Facility/Unit:  NHCC | Housing unit:  Charlie |
|---|---|

Type:  ☐ Individual    ☒ Summary

| Report number:  NHCC-2015-11-055 | Report date:  11/26/2015 |
|---|---|

| Prepared by:  ▆▆Cacioli | Title:  Lieutenant |
|---|---|

| Date of incident:  11/26/2015 | Time of incident:  4:10  ☐ a.m.  ☒ p.m. |
|---|---|

Location of incident:  Charlie unit Center Dayroom

Circumstances leading to use of force:  Physical altercation involving inmates Elmassri, Andrew #290729 and Casanova-Adorno, Nelson #406406, in which both inmates refused to follow verbal commands to stop fighting.

Type and extent of force used (to include any armory items used):  Lieutenants ▆▆Cacioli, ▆▆Williams and▆▆▆Lewis gave multiple loud concise verbal commands to inmates Elmassri and Casanova-Adorno to stop fighting.  Neither inmate followed the commands.  Lieutenant Lewis deployed chemical agent (▆▆▆▆▆) through the dayroom trap, which did not cause the inmates to stop fighting.  As the dayroom sliding door opened, all three supervisors continued to give loud concise verbal commands to stop fighting.  Neither inmate followed the commands.  Lieutenant Lewis and Lieutenant Cacioli deployed chemical agent ▆▆▆▆▆▆ to the facial area of both inmates, which caused them to stop fighting.  Both inmates were directed to lay on the dayroom floor.  I applied handcuffs to inmate Casanova-Adorno.  Officer ▆▆▆Harris takes an escort position on the inmates left hand side with Officer▆▆▆ Corley on the inmates right hand side.  Officer Harris removes the handcuffs and conducts a routine strip search.
Lieutenant Williams, with the assistance of Officer ▆▆▆Hebert, applied handcuffs on inmate Elmassri.  Lieutenant Williams directs Officer Hebert and▆▆▆▆McGivney to escort the inmate out of the dayroom to the center corridor.  He is relieved by Lieutenant Lewis due to chemical agent exposure.  Lieutenant Lewis directs staff to the center corridor shower for decontamination.  Officer Hebert (left side) and Officer McGivney (right side) escorted the inmate.  Officer Hebert removes the handcuffs and conducts a routine strip search.

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?      ☐ Yes      ☐ No

Staff signature:  ▆▆Cacioli

| Title:  Lieutenant | Date:  11/26/2015 |
|---|---|

Investigating supervisor signature:

| Title: | Date: |
|---|---|



## Use of Force Report
### Connecticut Department of Correction

CN 6501
REV 4/1/11

| | |
|---|---|
| Inmate name:  Elmassri, Andrew and Casanova-Adorno, Nelson | Inmate number:  290729 / 406405 |
| Facility/Unit:  New Haven Correctional Center | Housing unit:  Charlie Unit |

Type:  ☒ Individual   ☐ Summary

| | |
|---|---|
| Report number:  NHCC-2015-11-055 | Report date:  11/26/2015 |
| Prepared by:  ███████Lewis | Title:  Lieutenant |
| Date of incident:  11/26/2015 | Time of incident:  4:10  ☐ a.m.  ☒ p.m. |

Location of incident:  Charlie Unit center dayroom

Circumstances leading to use of force:   A Code ███ in Charlie Unit center dayroom. Inmates **Casanova-Adorno, Nelson #406405** and **Elmassri, Andrew #290729** were actively engaged in a physical altercation both throwing closed fist punches. Inmates Elmassri and Casanova-Adorno refused to comply with all verbal directions to cease their actions and stop fighting. Chemical agent (███████████) was deployed by to their facial area and they continued their combative behavior. Chemical agent was deployed again to their facial area and achieved its desired affect.

Type and extent of force used (to include any armory items used):   This writer deployed chemical agent (████████) through the dayroom trap to their facial areas of inmates Casanova-Adorno and Elmassri, but it did not stop either inmate's actions. This writer and Lieutenant ████Cacioli deployed chemical agent again. At this time, the chemical agent achieved its desired affect and both inmates Elmassri and Casanova-Adorno ceased their combative actions. Lieutenant Cacioli placed wrist restraints on inmate Casanova-Adorno and Lieutenant Williams and Officer ████████Hebert placed wrist restraints on inmate Elmassri and Officer Hebert assumed control of his left side. Officers Hebert and████████McGivney escorted inmate Elmassri to center corridor shower in Charlie Unit to be decontaminated. Inmate Elmassri was escorted to RHU and into FC-01. Officer Hebert removed the wrist restraints and conducted a routine RHU strip search, which resulted in zero findings. This writer directed Officers Hebert and McGivney to exit the cell. Inmate Elmassri was secured in FC-01 without further incident. No further force was used or witnessed by this writer.

**Complete (only when appropriate) by staff member if assaulted by inmate:**
Do you feel that the inmate should be considered for criminal prosecution?      ☐ Yes      ☐ No

| | |
|---|---|
| Staff signature:  ████Lewis | |
| Title:  Lieutenant | Date:  11/26/2015 |
| Investigating supervisor signature: *Cacioli* | |
| Title:  LT | Date:  11/26/15 |

# Interview Statement
## Connecticut Department of Correction

CN 11002/1
REV 9/1/11

| Facility/Unit: NHCC | Page 1 of 1 |

Name: El Massri, Andrew #290729

Date of birth: 4/27/84

Interviewee status: ☐ Employee ☒ Inmate   Position: —

Gender: Male   Race: White   Case number: NHCC-2015-11-055

Previously interviewed: ☐ yes ☒ no

Nature of interview: Code ██████

The following statement is made without threat or promise of any benefits to me. I have submitted and read this statement and it is true to the best of my knowledge.

Interviewee signature: X _____   Date: 11-26-15

Investigator: LT. Cacioli   Time: 6:05 pm

**Statement:**

He swong at me I swong back.

Investigator: LT Cacioli

NHCC2015-11-055 Photo #1
By: Saccelli
Date: 11/26/15 Time: 4:10 pm
Subject: Elmassri #89029